

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00502-CV

Dennis Raul **DORADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2006EM502075
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is ORDERED that appellant Dennis Raul Dorado bear all costs of this appeal.

SIGNED November 27, 2013.

_____
Luz Elena D. Chapa, Justice